EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                 | 2026 TSPR 70    |
|                                        |                 |
|                                        | 218 DPR ___     |
| Félix A. Santiago Miranda              |                 |
|      (TS-5,496)                        |                 |

Número del Caso: AB-2025-0278


Fecha: 26 de junio de 2026


Oficina de Inspección de Notarías:

     Lcdo. Manuel E. Ávila De Jesús
     Director


Oficina del Procurador General:

     Lcdo. Edwin B. Mojica Camps
     Subprocurador General

     Lcda. Karla E. Negrón Rodríguez
     Procuradora General Auxiliar


Representante legal del promovido:

     Por derecho propio


Materia: Conducta Profesional – Suspensión inmediata del ejercicio de la notaría por el término de dos (2) meses.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Félix A. Santiago Miranda     AB-2025-0278

(TS-5,496)

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de junio de 2026.

Evaluado el *Informe* presentado por el Lcdo. Manuel E. Ávila De Jesús, Director de la Oficina de Inspección de Notarías ("la ODIN"), se suspende inmediatamente al Lcdo. Félix A. Santiago Miranda del ejercicio de la notaría por el término de dos (2) meses.

Se le ordena al licenciado Santiago Miranda a que notifique a quienes hayan procurado sus servicios notariales de su inhabilidad para atender los trabajos pendientes y que devuelva aquellos honorarios notariales recibidos por trabajos aún no rendidos. De igual manera, deberá informar inmediatamente de su suspensión a cualquier agencia, entidad, foro judicial o administrativo en los que tenga algún asunto de índole notarial pendiente. A su vez, deberá acreditar y certificar ante este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días, contado a partir de la notificación de esta Resolución. No hacerlo pudiera conllevar que no se le reinstale al ejercicio de la notaría, de solicitarlo en el futuro.

Por otra parte, se ordena al Alguacil de este Tribunal incautar la obra notarial que se encuentra bajo la custodia del licenciado Santiago Miranda al igual que su sello notarial para entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e Informe.

La fianza notarial del licenciado Santiago Miranda queda automáticamente cancelada y se considerará buena y válida por tres (3) años después de la terminación en cuanto a actos realizados por el letrado durante el periodo en que la misma estuvo vigente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo